[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11421

_____

D. C. Docket No. 02-60117-CV-CMA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 8, 2006
THOMAS K. KAHN
CLERK

MARINELL RICHARDSON,

                    Plaintiff-Counter-Defendant-Appellee,


                    versus


TRICOM PICTURES AND PRODUCTIONS, INC.,
a Florida corporation,

                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 8, 2006)**


Before BLACK and PRYOR, Circuit Judges, and CONWAY[*], District Judge.

_____

[*] Honorable Anne C. Conway, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

After reviewing the parties' briefs, the record, and the relevant case law, we conclude the district court did not err when it denied Appellant's Rule 50(b) renewed motion for judgment as a matter of law.

AFFIRMED.